

FILED

03/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0120

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0120

_____

MICHAEL L. MILLER,

Petitioner and Appellant,

v.

MONTANA STATE FUND,

Respondent/Insurer and Appellee.

_____

FILED

MAR 3 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Michael L. Miller has sent a letter to the Court stating that he is unable to afford appellate mediation.

IT IS HEREBY ORDERED that this matter shall proceed without mediation.

The Clerk is directed to provide copies of this Order to Michael L. Miller and to all counsel of record.

DATED this 30 day of March, 2021.

For the Court,

By _____
Chief Justice